UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JEFFREY OH and DEAN DaSUTA,**

**Plaintiffs,**

- against -

**IMAGEMARK, INC., BERNARD MARDEN, JAMES MARDEN, BRUCE ROSS, FRANK BISCONTI, and THOM DEAN,**

**Defendants**.

**NOTICE OF MOTION TO DISMISS**

Civil Action No: 06-CV-10187 (DLC)

 

**PLEASE TAKE NOTICE** that, upon the Affirmation of James W. Weller, dated January 16, 2007, and the exhibit annexed thereto, and the Memorandum of Law in Support of defendants' Motion to Dismiss dated January 16, 2007, defendants Imagemark, Inc., Bernard Marden, James Marden, Bruce Ross, Frank Bisconti, and Thom Dean, by their attorneys, will move this Court before the Honorable Denise L. Cote, at the courthouse located at 500 Pearl Street, New York, New York, on February 16, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b) dismissing all allegations of the complaint, together with such other and further relief as this court may deem just and proper.

Dated: January 16, 2007
      Jericho, New York

**NIXON PEABODY LLP**

By: _____/s/_____

James W. Weller (JW0545)
*Attorneys for Defendants*
50 Jericho Quadrangle, Suite 300
Jericho, NY 11753-2728
Telephone: (516) 832-7500

- 2 -

To:
Gary Phelan, Esq. (GP 0500)
OUTTEN & GOLDEN, LLP
*Attorneys for Plaintiffs*
4 Landmark Square
Stamford, CT 06901
(203) 363-7888