UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFREY OH and DEAN DaSUTA,<br><br>                              Plaintiffs,<br><br>- against -<br><br>IMAGEMARK, INC., BERNARD MARDEN, JAMES MARDEN, BRUCE ROSS, FRANK BISCONTI, and THOM DEAN,<br><br>                              Defendants. | AFFIRMATION OF JAMES W. WELLER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS<br><br>Case No: 06-CV-10187 (DLC) |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

James W. Weller, an attorney at law duly admitted to practice before the courts of this State, affirms the following under penalty of perjury.

1.   I am counsel to defendants, Imagemark, Inc. Bernard Marden, James Marden, Bruce Ross, Frank Bisconti, and Thom Dean in the above-referenced action. I submit this affirmation in support of defendant's motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b).

2.   Attached herewith as Exhibit "A" is a copy of the Complaint in this action.

Dated: Jericho, New York
       January 16, 2007

                              Nixon Peabody LLP


                              By: _____/s/_____
                                  James W. Weller (JW 0545)
                              50 Jericho Quadrangle, Suite 300
                              Jericho, NY  11753-2728
                              Telephone: (516) 832-7500

- 2 -

To:
Gary Phelan, Esq. (GP 0500)
OUTTEN & GOLDEN, LLP
*Attorneys for Plaintiffs*
4 Landmark Square
Stamford, CT 06901
(203) 363-7888

10256393.1

045266/000002